U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 2 4 2018
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  8:18-PO-11 (GLF) |
| | ) |
| v. | ) **Information** |
| | ) |
| **GABINO BARRERA-DELGADO,** | ) Violation:    8 U.S.C. § 1325 |
| | )                 [Improper Entry by Alien] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Clinton |

## THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about January 20, 2018, in Clinton County in the Northern District of New York, the defendant, **GABINO BARRERA-DELGADO**, an alien, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: January 24, 2018

GRANT C. JAQUITH
United States Attorney

By: _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096